UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LATANYA D. BLEVINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 4:15CV496 HEA |
| AT&T SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREE** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated this 26th day of December, 2017.

/s/ Henry Edward Autrey
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE