**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LATANYA D. BLEVINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:15-cv-496-HEA |
| AT&T SERVICES, INC. | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that LaTanya D. Blevins, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit, the following: (i) Opinion, Memorandum and Order Granting Defendant's Motion for Summary Judgment entered on December 26, 2017 and (ii) Final Judgment entered in favor of Defendant and against Plaintiff on December 26, 2017.

Respectfully submitted,

/s/ *Andrew V. Tramont*
Andrew V. Tramont
Bar ID 67632MO
RODRIGUEZ TRAMONT & NÚÑEZ, P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
Telephone: (305) 350-2300
Facsimile: (305) 350-2525
avt@rtgn-law.com
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on January 11, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record: Heidi Kuns Durr and Julie Z. Devine.

/s/ *Andrew V. Tramont*
Andrew V. Tramont